**UNITED STATES OF AMERICA,
Plaintiff–Appellee,**

v.

**Raymond STEWART, Defendant–
Appellant.**

No. 08–10393.

United States Court of Appeals,
Ninth Circuit.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Oct. 13, 2009.*

Filed Oct. 26, 2009.

Peter Stuart Levitt, Esquire, Assistant U.S., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Jason F. Carr, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: B. FLETCHER, LEAVY, and RYMER, Circuit Judges.

MEMORANDUM **

Raymond Stewart appeals from the district court's order denying his 18 U.S.C. § 3582(c)(2) motion to reduce his sentence. We have jurisdiction pursuant to 28 U.S.C. § 1291. *United States v. Colson,* 573 F.3d 915 (9th Cir.2009) (order). We affirm.

Stewart contends that the district court abused its discretion when it denied the motion after considering Stewart's history and characteristics, including Stewart's escape from federal prison while serving time for the sentence he sought to be reduced. The district court properly took these facts into account when it considered the factors of 18 U.S.C. § 3553(a), and did not abuse its discretion by denying the motion. *See* 18 U.S.C. § 3582(c)(2); *Col-*

*son,* 573 F.3d at 916 (abuse of discretion standard of review).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

